# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARLENE DAVIS ROBERTS, | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 16-1894 |
| | : | |
| MERCY CATHOLIC MEDICAL CENTER | : | |
| and | : | |
| MERCY HEALTH SYSTEM OF | : | |
| SOUTHEASTERN PENNSYLVANIA, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 23rd day of April, 2019, upon consideration of Defendants' "Motion for Summary Judgment" (Doc. No. 34), and the Response and Reply thereto, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendants' Motion for Summary Judgment (Doc. No. 34) is **GRANTED**.

- **JUDGMENT** is entered in favor of Defendants on all remaining counts (Counts I, II, III, IV, and VI) of Plaintiff's Amended Complaint.

- The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


*/s/ Mitchell S. Goldberg*

_____
**MITCHELL S. GOLDBERG, J.**